UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
JENNIFER RONDINELLI REILLY,

        Plaintiff,

  - against -

FOURSQUARE LABS, INC.,

        Defendant.
----------------------------------------X

**O R D E R**

19 Civ. 6988 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** the complaint in this action was filed on July 25, 2019; and

**WHEREAS** by letter, dated January 6, 2020 (ECF No. 11), plaintiff reported that the parties had reached a settlement in principle, it is hereby

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to the Court's active calendar if an application to restore the action is made within 30 days.

Dated:    New York, New York
          February _11_, 2020

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

1